```
 1   Bradley A. Chapin (State Bar No. 232885)
     bchapin@rutan.com
 2   Samantha L.G. Papuchis (State Bar No. 310610)
     spapuchis@rutan.com
 3   RUTAN & TUCKER, LLP
     18575 Jamboree Road, 9th Floor
 4   Irvine, CA  92612
     Telephone:   714-641-5100
 5   Facsimile:   714-546-9035

 6   Attorneys for Defendants
     NEKTER JUICE BAR INC.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN SALAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEKTER JUICE BAR INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 3:22-cv-02571-SI<br><br>Assigned To:<br>Judge Susan Illston<br>Courtroom 1<br><br>**NOTICE OF SETTLEMENT**<br><br>Date Action Filed:   April 27, 2022<br>Trial Date:   Not Set |

26  / / /

27  / / /

28  / / /

Rutan & Tucker, LLP
*attorneys at law*

2686/034190-0024
18000023.1 a07/05/22                    -1-                    NOTICE OF SETTLEMENT

Plaintiff Vivian Salazar and Defendant Nekter Juice Bar Inc., by and through their respective counsel, hereby notify the Court that they have settled this matter. The parties are in the process of finalizing and executing a formal settlement agreement, pursuant to which it is expected that the case will be dismissed within approximately three weeks.

Dated: July 5, 2022

RUTAN & TUCKER, LLP
BRADLEY A. CHAPIN
SAMANTHA L.G. PAPUCHIS

By: /s/ Samantha L.G. Papuchis
Samantha L.G. Papuchis
Attorneys for Defendant NEKTER JUICE BAR INC.